IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NEAL,<br>    Plaintiff | : | CIVIL ACTION |
| v. | : | |
| MICHAEL LEAVITT,<br>Secretary of Health and<br>Human Services,<br>    Defendant | : | No. 06-5221 |

## ORDER

RONALD L. BUCKWALTER, J.

AND NOW, this 16 day of July, 2007, upon consideration of Plaintiff's request for judicial review and Defendant's motion to dismiss, and after careful and independent consideration of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's request for judicial review is DENIED.

3. The Defendant's motion to dismiss is GRANTED.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_/s/ Ronald L. Buckwalter_
RONALD L. BUCKWALTER, J.